UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JANE DOE,

                           **Plaintiff,**                13-CV-0344A(Sr)

v.

                                             **CASE MANAGEMENT ORDER**

BRIAN FISCHER, et al.,

                           **Defendants.**

---

        Pursuant to the Order of the **Hon. Richard J. Arcara** referring the above case to the undersigned for pretrial procedures and the entry of a scheduling order as provided in Rule 16(b) of the Federal Rules of Civil Procedure and Rule 16.1(a) of the Local Rules of Civil Procedure for the Western District of New York, it is ORDERED that:

        1.     Compliance with the mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure will be accomplished by **November 14, 2014.**

        2.     All motions to join other parties and to amend the pleadings shall be filed on or before **December 5, 2014.**

        3.     All fact depositions shall be completed no later than **March 27, 2015.**

        4.     Plaintiff shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed.R.Civ.P. 26(a)(2)(B) by **April 17, 2015.**

Defendant shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed.R.Civ.P. 26(a)(2)(B) by **May 22, 2015.**  Such disclosures shall be served on all counsel**.**  *See also* Local Rule 26.

5.  All expert depositions shall be completed no later than **July 10, 2015**.

6.  All discovery in this case shall be completed no later than **July 17, 2015**.

7.  A settlement conference will be held with the undersigned at 2 Niagara Square,  Buffalo, New York on **April 9, 2015 at 10:00 a.m.**

8.  Plaintiff's counsel shall submit a formal written settlement demand to defendants' counsel no later than **March 6, 2015**.  Defendant's counsel shall respond to plaintiff's counsel in writing no later than **April 3, 2015.**

9.  Dispositive motions by all parties shall be filed and served no later than **August 21, 2015**. *See generally* Local Rule 7.1(c); 56.  Such motions shall be made returnable before the Magistrate Judge.

**11.   Modification or extension of the dates set forth in this scheduling order are strongly discouraged.  Extensions will only be considered for meritorious reasons.**

        13.    Sanctions: Counsel's attention is directed to Fed.R.Civ.P. 16(f) calling for sanctions in the event of failure to comply with any direction of this Court.

        **SO ORDERED.**

DATED:    Buffalo, New York
               October 31, 2014

                        *S/ H. Kenneth Schroeder, Jr.*
                        **H. KENNETH SCHROEDER, JR.**
                        **United States Magistrate Judge**